## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 5 0004 | **DATE** | FEBRUARY 5, 2008 |
| **CASE TITLE** | USA VS JEFF BARTLETT AND THOMAS JAEGER | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY
Arrest warrants to issue as to Jeff Bartlett and writ to issue as to Thomas Jaeger

Grand Jury for the December 2006 Session,

By _____ Foreperson.

United States Attorney: Mark Karner

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | **FILED** | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | FEB 0 5 2008 | |
| | Mail AO 450 form. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials |
| | Copy to judge/magistrate judge. | United States District Court | |
| GG | courtroom deputy's initials | | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |