Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 2 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. THOMAS JAEGER | | |

**DOCKET ENTRY TEXT:**

USA's petition for a writ of habeas corpus ad prosequendum as to Thomas Jaeger returnable before Judge Mahoney on February 14, 2008 at 11:00 am is granted.  Enter order. The clerk's office is directed to issue said writ.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | GG |
|---|---|---|