UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 08 CR 50004 |
| ) | Magistrate Judge P. Michael Mahoney |
| Thomas Jaeger,  ) | |
| also known as "John Dean"  ) | |

*FILED FEB 11 2008 MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court*

### **O R D E R**

Upon reading the petition in this matter presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that:

| | |
|---|---|
| Name: | Thomas Jaeger, a/k/a "John Dean" |
| Date of Birth: | 12/27/57 |
| Sex: | Male |
| Race: | White |
| Prisoner No.: | 133972 |

has been and now is, in due form and process of law, incarcerated in:

Winnebago County Jail
420 West State Street
Rockford, Illinois 61101

and that said defendant is charged in the captioned cause with a violation of 18 United States Code, Section 844(i), and that said defendant should appear in this cause in the United States District Court at 11:00 a.m., on Thursday, February 14, 2008, for an initial appearance before United States Magistrate P. Michael Mahoney.

IT IS THEREFORE ORDERED that:

| | |
|---|---|
| KIM WIDUP | RICHARD A. MEYERS |
| United States Marshal | Sheriff |
| 219 South Dearborn Street | Winnebago County |
| Room 2444 - Federal Building | 420 West State Street |
| Chicago, Illinois 60604 | Rockford, Illinois 61101 |

bring or cause to be brought before this Court, at said time on said date, before United States Magistrate Judge P. Michael Mahoney, in the United States Courthouse, at Rockford, Illinois, the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
P. MICHAEL MAHONEY
United States Magistrate Judge

DATED: February 11, 2008