UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

UNITED STATES OF AMERICA
                                       Plaintiff,

v.                                                     Case No.: 3:08−cr−50004
                                                     Honorable Philip G. Reinhard

Jeff Bartlett, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Philip G. Reinhard as to Thomas Jaeger: Change of Plea Hearing set for 5/14/08 is cancelled. Counsel for parties are to contact the Judge's Court Clerk with an agreed upon date and time for the Plea Hearing. Notices mailed by Judicial staff. (jat, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.