## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 2 | **DATE** | 5/16/2008 |
| **CASE TITLE** | U.S.A. vs. Thomas Jaeger | | |

**DOCKET ENTRY TEXT:**

Change of plea set for Friday, May 23, 2008 at 9:00 a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|