## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 2 | **DATE** | 9/3/2008 |
| **CASE TITLE** | U.S.A. vs. Thomas Jaeger | | |

**DOCKET ENTRY TEXT:**

Counsel are to be prepared to discuss at sentencing whether defendant should receive an aggravating role pursuant to U.S.S.G. § 3B1.1(c).  Counsel may submit any memorandum on this issue by September 10, 2008.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|