UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 50004-2 |
| | ) | Judge Philip G. Reinhard |
| THOMAS JAEGER | ) | |

**UNITED STATES' MOTION PURSUANT TO SENTENCING GUIDELINE SECTION 5K1.1**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this court pursuant to United States Sentencing Guideline § 5K1.1 to depart downwards from the Sentencing Guidelines in this case.

1.      On May 23, 2008, defendant pled guilty to the indictment charging him with arson. In paragraph 14 of the Plea Agreement, assuming defendant's full and truthful cooperation, the United States agreed to move the court to depart from the Sentencing Guidelines and to impose a sentence of sixty-seven percent of the low-end of the applicable sentencing guideline range.  The United States Probation Office has determined that the sentencing guideline range applicable to defendant is 37 to 46  months of imprisonment.

2.      Pursuant to U.S.S.G. § 5K1.1, upon motion of the government which is based upon the substantial assistance of the defendant, the court may depart downwards from the Sentencing Guideline range.  Accordingly, the United States now makes such a motion.

3.      On April 7, 2006, Jeff Bartlett, Thomas Jaeger and others were  arrested and charged with violating the Illinois Cannabis Control Act in the Circuit Court of Winnebago County, Illinois. Immediately following his arrest, Jaeger told investigators that he had information that linked Bartlett to the firebombing of a Rockford business in July 2000. On August 9, 2006, Jaeger was

interviewed by Special Agent Dan Ivancich of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). This interview was conducted in the presence of his state court-appointed attorney, Kathy McNeely-Johnson and without any promise of immunity or leniency by any law enforcement agency. In addition, defendant knowingly waived his rights under *Miranda v. Arizona* before he answered Agent Ivancich's questions. During this interview, defendant gave a detailed account of his and Jeff Bartlett's involvement in the July 2000 firebombing of a business located at 4606 East State Street, Rockford, Illinois. At the conclusion of the interview, defendant provided Agent Ivancich with a five-page, signed statement that described how they committed this arson. He also drew a sketch of the incendiary device that was used. As a result of the information provided by the defendant, the ATF conducted an investigation into the July 2000 firebombing. As part of this investigation, Agent Ivancich conducted a series of follow up interviews with defendant on February 23, 2007, August 1, 2007, and May 21, 2008. Defendant also testified before the federal grand jury in this case on January 22, 2008. All of defendant's interviews and grand jury testimony were completed without any promise of leniency or immunity. In addition, the substance of all defendant's interviews and grand jury were internally consistent with each other and were corroborated by other evidence discovered by investigators. Co-defendant Jeff Bartlett's indictment and conviction for committing the offense of arson are the direct result of defendant's cooperation with the government.

4.      The government submits that defendant has given substantial assistance to the United States in the investigation and prosecution of Jeff Bartlett.

WHEREFORE, the United States moves that this court depart from the applicable sentencing guideline range and impose a sentence of sixty-seven percent of the low-end of the applicable sentencing guideline range.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:_____\s_____
MARK T. KARNER
Assistant United States Attorney
308 W. State Street -- Rm. 300
Rockford, IL 61101
(815) 987-4444

### CERTIFICATE OF FILING AND SERVICE

I, MARK T. KARNER, certify that on September 8, 2008, I caused the foregoing United

States' Motion Pursuant to Guideline Section 5K1.1:  (1) to be filed with the Clerk of the United

States District Court for the Northern District of Illinois, Western Division; and (2) a copy hand

delivered to the District Court.


_____\s_____
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444